AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Roger Ernesto ISIDRO-Villalobos<br><br>*Defendant(s)* | Case No.  18mj1666 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 15, 2018__ in the county of __Dona Ana__ in the __State__ and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a)(1) & (a)(2) | an alien, who had been previously arrested and deported from the United States, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully |

I further state that I am a Homeland Security Investigations Special Agent and that this complaint is based on the following facts:

This criminal complaint is based on these facts:

ISIDRO was removed to Honduras on 10/03/2017. ISIDRO stated on or about 05/01/2017, he made an illegal re-entry from Mexico into the El Paso, TX area by circumventing the Port of Entry in El Paso, TX. ISIDRO was arrested in Hillsboro, NM on 05/15/2018 by HSI. He was found at 13537 Highway 187, Hillsboro, NM where ISIDRO claimed he had been living since his illegal re-entry.

☐ Continued on the attached sheet.

*Complainant's signature*

Lorenzo Frausto-HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/17/2018

*Judge's signature*

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, NM